# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00119-CV

**Emergency Service Partners, L.P., Orlando R. Magallanes, M.D., and
Jack W. Pierce M.D., Appellants**

**v.**

**Sharon Rothert and Fred Rothert, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 201ST JUDICIAL DISTRICT
### NO. D-1-GN-12-001752, HONORABLE AMY CLARK MEACHUM, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants Emergency Services Partners, L.P. and Orlando R. Magallanes, M.D. filed

a joint motion to dismiss their appeal. Appellant Jack W. Pierce, M.D. also filed a motion to dismiss

his appeal. We grant the motions and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Field

Dismissed on Appellants' Motion

Filed: January 21, 2015